1

The Honorable James L. Robart

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9 | ARCON GC, LLC, a Washington
corporation,

10
Case No: 2:24-cv-1241-JLR

Plaintiff,
11
**NOTICE OF SETTLEMENT**

vs.
12

13 | WESTERN NATIONAL ASSURANCE
COMPANY, a Minnesota corporation,

14
Defendants.

15

16    Notice is hereby given that all claims against all parties in this action have been

17 resolved.  Any trials or other hearings, deadlines, or dates in this matter may be stricken from the

18 court calendar. This notice is being filed with the consent of all parties.

19    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties agree that

20 stipulations dismissing the plaintiff's claims against the defendant with prejudice in this action

21 will be filed within five court days following satisfaction of the terms of the settlement, or within

22 the next forty-five (45) days.

23 \\\

24 \\\

25 \\\

26

NOTICE OF SETTLEMENT - 1
2:24-cv-1241-JLR

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599
590460-0001/4863-0608-2520.1

1

2

DATED this 9th day of October, 2024.

3

SOHA & LANG, P.S.                              MILLER NASH LLP

4

/s/ Geoffrey C. Bedell, with permission_____   /s/ Tristan Swanson
Geoffrey C. Bedell, WSBA 28837                 Tristan Swanson, WSBA No. 41934

5

1325 Fourth Avenue, Suite 940                  Klien Hilliard, WSBA No. 57437
Seattle, WA 98101                              605 5th Ave S, Ste. 900

6

(206) 624-1800                                 Seattle, Washington 98104
                                               Tel: 206.624.8300

7

Email: bedell@sohalang.com                     Email: tristan.swanson@millernash.com
                                               Klien.hilliard@millernash.com

8

9

Attorney for Defendant                         Attorneys for Plaintiff Arcon GC, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

NOTICE OF SETTLEMENT - 1
2:24-cv-1241-JLR

**Miller Nash LLP**
605 5th Avenue South, Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599
590460-0001/4863-0608-2520.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**DECLARATION OF SERVICE**

I, Catherine Berry, hereby certify that I served the foregoing Notice of Settlement on the parties listed below on the date set forth below by the method(s) indicated:

Geoffrey C. Bedell, WSBA 28837                        VIA ECF
SOHA & LANG, P.S.
1325 Fourth Avenue, Suite 940
Seattle, WA 98101
(206) 624-1800
Email: bedell@sohalang.com
rubin@sohalang.com

***Counsel for Defendant Western National Assurance Company***

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is correct to the best of my knowledge.

SIGNED at Lynnwood, Washington this 9th day of October, 2024.

*s/Catherine Berry*
Catherine Berry, Legal Assistant

CAPTION - 2