THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARCON GC, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>WESTERN NATIONAL ASSURANCE COMPANY,<br><br>                Defendant. | Cause No. 2:24-cv-1241 JLR<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>[CLERK'S ACTION REQUIRED] |

### I.    STIPULATION

The parties to this lawsuit, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted by and between them in this action shall be dismissed with prejudice and without costs or attorneys' fees to any party and without notice of presentation of the Order.

STIPULATON AND ORDER OF DISMISSAL – 1
USDC WD WA/SEA CAUSE NO. 2:24-cv-1241

Soha & Lang, P.S.
Attorneys at Law
1325 Fourth Avenue, Suite 940
Seattle, Washington 98101
(206) 624-1800 | Fax (206) 624-3585

DATED this 17th day of January, 2025.

| | |
|---|---|
| SOHA & LANG, P.S. | MILLER NASH, LLP |
| *s/ Geoffrey B. Bedell* | *s. Tristan Swanson (authorized by email)* |
| Geoffrey C. Bedell, WSBA # 28837 | Tristan Swanson, WSBA No. 41934 |
| Rachel A. Rubin, WSBA# 48971 | Klien Hilliard, WSBA No. 57437 |
| 1325 Fourth Avenue, Suite 940 | 605 5th Avenue S., Suite 900 |
| Seattle, WA 98101 | Seattle, WA 98104 |
| Tel: (206) 624-1800 | Tel: (206) 624.8300 |
| Email: bedell@sohalang.com; rubin@sohalang.com | Email: tristan.swanson@millernash.com; klien.hilliard@millernash.com |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

## II.   ORDER

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ORDERED that all claims asserted by and between the parties in this action are DISMISSED with prejudice and without costs or attorneys' fees to any party.

IT IS SO ORDERED on this 17th day of January, 2025.

*[signature]*

THE HONORABLE JAMES L. ROBART
U.S. DISTRICT JUDGE

STIPULATON AND ORDER OF DISMISSAL – 2
USDC WD WA/SEA CAUSE NO. 2:24-cv-1241

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, SUITE 940
SEATTLE, WASHINGTON  98101
(206) 624-1800 | FAX (206) 624-3585